GLOBE INDEMNITY COMPANY *et al.* v. MacKENDREE.

No. 6990. DECEMBER 11, 1929.

*Bryan & Middlebrooks,* for plaintiffs in error.
*Wright & Jackson,* contra.

BECK, P. J. After consideration of the record in this case and of the opinion rendered by the Court of Appeals (39 *Ga. App.* 58, 146 S. E. 46), together with the authorities there cited, this court is of the opinion that the judgment of the Court of Appeals should be affirmed. In view of the statement of facts made in the case by the Court of Appeals, it is unnecessary to append here any other statement of the facts.

*Judgment affirmed. All the Justices concur.*